# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL KRIELOW, individually and on behalf of a Class of all others similarly situated,<br><br>  *Plaintiff*,<br><br>  v.<br><br>SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and SYNGENTA SEEDS, INC.,<br><br>  *Defendants*. | Civil Action No. 2:14-CV-03061 |

## ORDER

Upon considering the Parties' Joint Stipulation and Motion To Stay Pending Transfer By Judicial Panel On Multidistrict Litigation, it is ORDERED that the Motion is GRANTED. All proceedings in this case are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Litig.*, MDL No. 2591 (J.P.M.L. 2014).

So ordered this <u>13th</u> day of <u>November</u>, 2014.

_____
~~Judge Patricia Minaldi~~
Magistrate Judge Kathleen Kay